**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 100 WAL 2018

          Respondent         :

                            :   Petition for Allowance of Appeal from

                            :   the Order of the Superior Court

          v.                 :

GLAVIN JUSTAN IVY,            :

          Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.